UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EDWARD R. BRYANT,

    Petitioner,

v.

NEIL TURNER, WARDEN,

    Respondent.

Case No. 2:15-cv-2929
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On October 12, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 20] recommending that the Court dismiss Petitioner Edward R. Bryant's Petition for Writ of Habeas Corpus [ECF No. 1]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 20] is **ADOPTED AND AFFIRMED**, and for the reasons set forth in that document, the Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

    IT IS SO ORDERED.

_11-9-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE